IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 OCT 28 PM 2: 54

OFFICE OF THE CLERK

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR ) <br> THE PREMISES, OUTBUILDINGS, ) <br> STRUCTURES, VEHICLES, AND ) <br> GROUNDS AT 2202 PARKER CIRCLE, ) <br> OMAHA, NEBRASKA ) <br> ) <br> ) | 8:09MJ213 |

## MOTION TO UNSEAL SEARCH WARRANT
## APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 27th day of October, 2009

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: _____
JOHN E. HIGGINS #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

## ORDER

IT IS SO ORDERED.

BY THE COURT

_____
THOMAS D. THALKEN
Magistrate Judge, United States District Court

DATED: 10/27/09